UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSIAH TRESTEN COCHRAN                                                                                    PLAINTIFF

v.                                            No. 5:22-cv-5252

DEPUTY CHRISTIAN BROWN,
Benton County Detention Center (BCDC);
DR. ROBERTO SAEZ,
Turn Key Health Clinics, LLC;
NURSE TRACEY ROBINSON,
Turn Key Health Clinics, LLC; and
NURSE TRACY SANDERS,
Turn Key Health Clinics, LLC                                                                             DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 26) from Chief United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate Judge recommends that Defendant Nurse Tracey Robinson's motion (Doc. 13) to dismiss be granted, and that Plaintiff's claims against her be dismissed without prejudice for failure to respond to her motion and failure to comply with the Court's Local Rules and Orders.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant Nurse Tracey Robinson's motion (Doc. 13) to dismiss is GRANTED, and Plaintiff's claims against Defendant Nurse Tracey Robinson are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of June, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE