IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSIAH TRESTEN COCHRAN                                                                                    PLAINTIFF

v.                                             CASE NO. 5:22-cv-5252

DEPUTY CHRISTIAN BROWN, ET AL                                                                  DEFENDANTS

## ORDER

 The Court has received a report and recommendation (Doc. 45) U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY. The Motion to Dismiss or, in the alternative, Motion for Judgment on the Pleadings filed by Dr. Saez (ECF No. 35) is GRANTED. The Motion to Dismiss filed by Nurse Sanders (ECF No. 38) is GRANTED.

 IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

 IT IS SO ORDERED this October 17, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE